## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| HENRY PHILLIPS, | ) CIVIL CASE NO. 3:23-cv-03165-KHJ-MTP |
| Plaintiff, | ) |
| | ) EXPERIAN INFORMATION |
| vs. | ) SOLUTIONS, INC.'S NOTICE OF |
| | ) REMOVAL OF ACTION |
| EXPERIAN INFORMATION | ) PURSUANT TO 28 U.S.C. § 1446 |
| SOLUTIONS, INC.; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; and | ) [FEDERAL QUESTION |
| TRANS UNION, LLC, | ) JURISDICTION] |
| | ) |
| Defendants. | ) |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### NOTICE OF ENTIRE STATE COURT RECORD

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, and pursuant to Rule L. U. Civ. R. 5(b), respectfully submits the entire State Court Record of the matter styled Henry Phillips v. Experian Information Solutions, Inc., et al., Case Number 75CI1:23-cv-0061, previously pending in the Circuit Couty of Warrant County, State of Mississippi, attached hereto as **Exhibit A**.

Dated: December 19th , 2023

By: _/s/ F. Ewin Henson III_
F. Ewin Henson III, MBN 2363
Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Greenwood, MS 38930
PH 662-455-1613
FX 662-453-9245
ehenson@upshawwilliams.com

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on _____ I have presented the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December _____, 2023

By: */s/ F. Ewin Henson III*
F. Ewin Henson III, MBN 2363
Upshaw, Williams, Biggers & Beckham, LLP
309 Fulton Street
Greenwood, MS 38930
PH 662-455-1613
FX 662-453-9245
ehenson@upshawwilliams.com

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# Mississippi Electronic Courts
## Ninth Circuit Court District (Warren Circuit Court)
### CIVIL DOCKET FOR CASE #: 75CI1:23-cv-00161

PHILLIPS v. EDPERIAN INFORMATION SOLUTIONS et al
Assigned to: Toni Walker Terrett

**Upcoming Settings:**

None Found

Date Filed: 11/16/2023
Current Days Pending: 33
Total Case Age: 33
Jury Demand: None
Nature of Suit: Other Contract (47)

**Plaintiff**

**HENRY PHILLIPS**

represented by    **Daniel D. Ware**
Ware Law Firm, PLLC
103 3rd Street NW
MAGEE, MS 39111
601-439-7079
Fax: 601-439-7063
Email: dware@warelawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EDPERIAN INFORMATION SOLUTIONS**

**Defendant**

**TRANS UNION LLC**

**Defendant**

**EQUIFAX INFORMATION SERVICES LLC**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 11/16/2023 | 1 | COMPLAINT against EDPERIAN INFORMATION SOLUTIONS, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, filed by HENRY PHILLIPS. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt), (Stevens, Kelly) (Entered: 11/16/2023) |
| 11/16/2023 | 2 | SUMMONS Issued to EQUIFAX INFORMATION SERVICES LLC. (Stevens, Kelly) (Entered: 11/16/2023) |
| 11/16/2023 | 3 | SUMMONS Issued to EDPERIAN INFORMATION SOLUTIONS. (Stevens, Kelly) (Entered: 11/16/2023) |
| 11/16/2023 | 4 | SUMMONS Issued to TRANS UNION LLC. (Stevens, Kelly) (Entered: 11/16/2023) |
| 12/01/2023 | 5 | SUMMONS Returned Executed by HENRY PHILLIPS. *Re:* ** 2 SUMMONS Issued to EQUIFAX INFORMATION SERVICES LLC. (Stevens, Kelly)** EQUIFAX INFORMATION SERVICES LLC served on 11/28/2023, answer due 12/28/2023. Service type: Personal (Ware, Daniel) (Entered: 11/16/2023) |
| 12/01/2023 | 6 | SUMMONS Returned Executed by HENRY PHILLIPS. *Re:* ** 4 SUMMONS Issued to TRANS UNION LLC. (Stevens, Kelly)** TRANS UNION LLC served on 11/28/2023, answer due 12/28/2023. Service type: Personal (Ware, Daniel) (Entered: 12/01/2023) |
| 12/01/2023 | 7 | SUMMONS Returned Executed by HENRY PHILLIPS. *Re:* ** 3 SUMMONS Issued to EDPERIAN INFORMATION SOLUTIONS. (Stevens, Kelly)** EDPERIAN INFORMATION SOLUTIONS served on 11/28/2023, answer due 12/28/2023. Service type: Personal (Ware, Daniel) (Entered: 12/01/2023) |

| MEC Service Center | |
| --- | --- |
| Transaction Receipt | |
| 12/19/2023 11:24:01 | |
| MEC Login: | fh2363M |
| Client Code: | experian |
| Description: | Docket Report |
| Search Criteria: | 7SCII.23-cv-00161 Start date: 11/16/2023 End date: 12/19/2023 |
| Billable Pages: | 2 |
| Cost: | 0.40 |

You will be charged $0.20 per page to view or print documents.

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HENRY PHILLIPS**
                                                                    **PLAINTIFF**

**v.**                                    CIVIL ACTION NO. _23,0161-CI_

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**                    **DEFENDANTS**

---

### COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

---

COMES NOW, the Plaintiff, Henry Phillips, by and through counsel, and files this Complaint against the Defendants, Experian Information Solutions ("Experian"), Trans Union LLC ("Trans Union"), and Equifax Information Services LLC ("Equifax") for violations including those of the Fair Credit Reporting Act (FCRA), 15 U.S.C. 1681 *et seq.*, and in support thereof Plaintiff would show the following, *to-wit*:

---

### PARTIES, JURISDICTION AND TRIAL BY JURY

---

1.    Plaintiff respectfully asserts that jurisdiction is proper in this case based upon section 9-7-81 of the Mississippi Code.  Venue in this court is proper in that the Plaintiff resides here, the conduct complained of occurred here, and the Defendants directly conduct business here.

2.    That the Plaintiff, Henry Phillips, is an adult resident citizen of Warren County, Mississippi.

3.    That the Defendant Experian Information Solutions, Inc. is a foreign company incorporated in the State of California, doing business in Mississippi, and may be served with process by serving its agent for process CT Corporation System, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

**FILED**

NOV 16 2023

JAN HYLAND BANKS, CIRCUIT CLERK

BY_____ D.C.

4.     That the Defendant Trans Union LLC, is a foreign company incorporated in the State of Illinois, doing business in Mississippi, and may be served with process by serving its agent for process The Prentice-Hall Corporation System, Inc., 109 Executive Drive, Suite 3, Madison, MS 39110.

5.     That the Defendant Equifax Information Services LLC is a is a foreign company incorporated in the State of Georgia, doing business in Mississippi, and may be served with process by serving its agent for process Corporation Service Company, 109 Executive Drive, Suite 3, Madison, MS 39110.

6.     That the Plaintiff, Henry Phillips, is entitled to and hereby requests a trial by jury.

## REQUEST FOR EXEMPLARY/PUNITIVE DAMAGES

7.     That the Plaintiff, Henry Phillips, respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to actual or compensatory damages, exemplary or punitive damages may be awarded against the Defendants under federal and state laws.

## REQUEST FOR COSTS OF LITIGATION AND ATTORNEYS' FEES

8.     That the Plaintiff, Henry Phillips, respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to an award of damages and the costs of litigation, Plaintiff also seeks an award of reasonable attorneys' fees incurred by him in the prosecution of this action against the Defendants.

## FACTUAL ALLEGATIONS

9.    Plaintiff is living in Warren County, Mississippi.

10.    Plaintiff filed for a Chapter (7) Bankruptcy on April 2, 2020, in the Southern District of Mississippi - Case # 20-01221, and was discharged on October 9, 2020.

11.    After the bankruptcy, First Progress still reported that Plaintiff owed money.  First Progress was discharged in the bankruptcy.

12.    Plaintiff was attempting to get a loan, and he could not due to the inaccurate reporting on his credit report.

13.    Plaintiff has contacted First Progress multiple times, and First Progress has failed to stop negatively reporting on the Plaintiff's credit reports.

## CLAIM FOR RELIEF

14.    Plaintiff repeats, re-alleges, and incorporates by reference to the foregoing paragraphs.

15.    That the Defendants' actions evidence a breach of their responsibilities under the FCRA.

16.    That Defendants, Experian, Trans Union, and Equifax, are negligent and/or grossly negligent in failing to discontinue the negative reporting from First Progress after the Chapter (7) Bankruptcy.

17.    That Defendants, Experian, Trans Union, and Equifax, are negligent in reporting on Plaintiff's credit report inaccurate credit information.

18.    That Defendants, Experian, Trans Union, and Equifax, are grossly negligent for failing to correct the accounts when Plaintiff demanded them to do so.

19.    That Plaintiff has suffered damages due to the actions, inactions and conduct of the Defendants.

20.    That the Defendants have duties to each consumer as provided in the FCRA and other states' laws.

21.    As a result of this conduct, action and/or inaction of the Defendants, Plaintiff suffered damages by loss of credit; loss of the ability to purchase and benefit form credit; mental and emotional pain stemming from the anguish, humiliation, and embarrassment of credit denials.

22.    Defendants Experian, Trans Union, and Equifax failed to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

23.    In addition, the Defendants are liable unto Plaintiff in a sum to be assessed by the trier of fact for punitive/exemplary damages under common law, states' laws and/or for willful violation(s) of the provisions of the FCRA.

24.    That the Defendants has negligently, recklessly, willfully and/or intentionally violate the FCRA thereby causing damage to Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Henry Phillips, prays that upon a hearing of this matter, this Honorable Court will enter a judgment against the Defendants for all reasonable damages sustained by him and for punitive damages, attorneys' fees, and court costs, and all other assessments proper by law and any an all

other applicable federal and states laws, together with interest thereon from the date of judicial demand until paid, and, further, that this Honorable Court resolve Plaintiff's dispute in his favor.  Plaintiff prays for other such relief, specific or general, as may be deemed proper by this Court in this matter.

Respectfully submitted,

Henry Phillips

BY: Daniel D Ware

Daniel D. Ware, *Attorney for the Plaintiff*

Daniel D. Ware, MSB #: 10,847
**Ware Law Firm, PLLC**
103 3rd Street NW
Magee, MS 39111
(601) 439-7079
(601) 439-7063, facsimile
dware@warelawfirm.com

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party
Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Rev 2009)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) | Case Year | Docket Number | Local Docket ID |
|---|---|---|---|---|---|

7 5 9 CI 2023 / 4 / 2 2

Month Date Year: 11 / 10 / 23

This case to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT                    Court of    WARREN                    County ____    Judicial District ____

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing    [ ] Foreign Judgment Enrolled    [ ] Transfer from Other court    [ ] Other
[ ] Remanded    [ ] Reinstated    [ ] Joining Suit/Action    [ ] Appeal
[ ] Reopened

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual   Phillips _____   Henry _____   Maiden Name, if applicable ____   M.I. ____   Jr/Sr/III/IV ____

                Last Name                          First Name

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff   Warren County, Mississippi _____

Attorney (Name & Address)   Daniel D. Ware, 103 N 3rd Street NW, Magee, MS 39111        MS Bar No.   10847

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:   Daniel D. Ware

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual _____   _____   Maiden Name, if applicable ____   M.I. ____   Jr/Sr/III/IV ____

                Last Name                          First Name

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business   Experian Information Solutions _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____                                                    MS Bar No. ____

Attorney (Name & Address) - If Known _____

**Damages Sought:**   Compensatory $ _____   Punitive $ _____   Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce: Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Termination of Parental Rights
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other _____

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Worker's Compensation
[ ] Other _____

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other _____

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Other _____

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion Minor
[ ] Removal of Minority
[ ] Other _____

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other _____

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[X] Other   FCRA

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other _____

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other _____

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[ ] Negligence - General
[ ] Negligence - Motor Vehicle
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Warren County

HENRY PHILLIPS VS EXPERIAN INFORMATION SOLUTIONS ET AL

Case # 23,0161-CI      Acct #       Paid By CHECK 8992      Rct# 93052
-----------------------------------------------------------------------
                    CLERK FEE               85.00
                    JURY TAX                 3.00
                    COURT ADM                2.00
                    COURT REPORTER          10.00
                    LAW LIBRARY              2.50
                    COURT CONSTITUENT         .50
                    STATE COURT ED           2.00
                    COMPR COURT FUND        10.00
                    CIVIL ASSIST FUND        5.00
                    JUDICIAL SYSTEM OPR     40.00
                    COURT ADM(LOCAL)         2.00
                    ARCHIVE FEE CIVIL        1.00



                                        ===========
                            Total   $      163.00
-----------------------------------------------------------------------


Payment received from Daniel Dewayne Ware
                  216 1ST AVENUE NE


             MAGEE          MS 39111

Transaction  111020 Received 11/16/2023 at 12:20 Drawer   1 I.D. KS

Current Balance Due        $0.00           Receipt Amount $   163.00


   By _____D.C.  Jan H. Daigre, Circuit Clerk

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HENRY PHILLIPS**                                                              **PLAINTIFF**

**v.**                                            CIVIL ACTION NO. _23,0161-CI_

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**                      **DEFENDANTS**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**

**TO:**        **Equifax Information Services, LLC**
**Agent:**     Corporation Service Company, 109 Executive Drive, Suite 3, Madison, MS
               39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN
RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE,
ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd
Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED
WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND
COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE
MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF
THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _16_ DAY
OF November, 2023.

_____
CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HENRY PHILLIPS**                                                                                      **PLAINTIFF**

**v.**                                                    CIVIL ACTION NO. *23,0161-CI*

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**                                         **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:**          **Experian Information Solutions, Inc.**
**Agent:**       CT Corporation System, 645 Lakeland East Dr., Suite 101, Flowood, MS
                 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT THIS *16* DAY OF NOVEMBER, 2023.

CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

**IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI**

**HENRY PHILLIPS**
**PLAINTIFF**

**v.**
CIVIL ACTION NO. *23,0161-CI*

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**
**DEFENDANTS**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**

**TO:**        **Trans Union LLC**
**Agent:**   The Prentice-Hall Corporation System, Inc., 109 Executive Drive, Suite 3, Madison, MS 39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _16_ DAY OF November, 2023.

_____
CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

**IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI**

**HENRY PHILLIPS**                                                                          **PLAINTIFF**

**v.**                                                   CIVIL ACTION NO. _23, 0161-CI_

**EXPERIAN INFORMATION SOLUTIONS,
TRANS UNION LLC, and
EQUIFAX INFORMATION SERVICES LLC**                     **DEFENDANTS**

---

**SUMMONS**

---

**THE STATE OF MISSISSIPPI**

**TO:**        **Equifax Information Services, LLC**
**Agent:**     Corporation Service Company, 109 Executive Drive, Suite 3, Madison, MS
               39110

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _10_ DAY OF November, 2023.

CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

Equifax Information
_____
Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

X **PERSONAL SERVICE:** I personally delivered copies to Corporation Service Com on the 20th day of Nov , 20 23 , where I found said person(s) in Madison County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name:      James Curlee

Address:      Ware Law Firm, PLLC

Telephone No.      103 3rd Street NW

               Magee, MS 39111

Fee for service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** Simpson

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named James Curlee , who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the 1st day Dec , 2023 .

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 158600
KIMBERLY GIEGER
Commission Expires
Oct. 22, 2027
SIMPSON COUNTY

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HENRY PHILLIPS**                                                                      **PLAINTIFF**

**v.**                                               CIVIL ACTION NO. *23,0161-CI*

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**                      **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:**          **Trans Union LLC**
**Agent:**      The Prentice-Hall Corporation System, Inc., 109 Executive Drive, Suite 3,
                   Madison, MS 39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS *16* DAY OF November, 2023.

_____
CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

Trans Union llc
Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

X    **PERSONAL SERVICE:** I personally delivered copies to _Prentice Hall Corp._ on the _28th_ day of _Nov_ , 20_23_ , where I found said person(s) in _Madison_ County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____ , 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ , who is the _____ , a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name:    James Curlee

Address:    Ware Law Firm, PLLC
            103 3rd Street NW

Telephone No.    Magee, MS 39111

Fee for service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** Simpson

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _____James Curlee_____ , who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _1st_ day _Dec_ , 20_23_.

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 158600
KIMBERLY GIEGER
Commission Expires
Oct. 22, 2027
SIMPSON COUNTY

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HENRY PHILLIPS**                                                                    **PLAINTIFF**

**v.**                                                      CIVIL ACTION NO. *23,0161-CI*

**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**                              **DEFENDANTS**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**

**TO:**          **Experian Information Solutions, Inc.**
**Agent:**     CT Corporation System, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS _16_ DAY OF NOVEMBER, 2023.

CIRCUIT COURT CLERK OF WARREN COUNTY

By: _____ D.C.

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

*Experian Information Solutions*
Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

__X___ **PERSONAL SERVICE:** I personally delivered copies to *CT corporation System* on the 28th day of *November*, 20 *23*, where I found said person(s) in *Rankin* County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name:      ~~James Curlee~~ Ware Law Firm, PLLC

Address:      ~~103 3rd Street NW~~

Telephone No.    ~~Magee, MS 39111~~

Fee for service:   $_____

STATE OF MISSISSIPPI
COUNTY OF *Simpson*

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named *James Curlee*, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the 1st day December 2023.

_____
NOTARY PUBLIC

My Commission Expires:

_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 158600
KIMBERLY GIEGER
Commission Expires
Oct. 22, 2027
SIMPSON COUNTY